UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

v.                             :    Mag. No. 05-1013 (JS)

JOSE LOPEZ                     :    <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of Jersey, (Jacqueline M. Carle, Assistant United States Attorney, appearing), and defendant Jose Lopez (Ramon Pagan, Esquire, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately thirty (30) days to allow the defendant to enter a guilty plea before The Honorable Joseph H. Rodriguez, United States District Court Judge, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Counsel for the United States has represented to this Court that the defendant was scheduled to enter a guilty plea before The Honorable Joseph H. Rodriguez on June 19, 2008. Due to a personal matter, defense counsel must attend to matters out of the country and, as a result, must adjourn the plea hearing. Defendant, through counsel, has consented to this Order, and both the United States and the defendant desire additional time to enter a guilty plea before

a District Court Judge, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS on this 18th day of June 2008,

ORDERED that this action be, and hereby is, continued from June 19, 2008 through and including July 21, 2008; and

IT IS FURTHER ORDERED that the period from the date of entry of this Order through July 21, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JOEL SCHNEIDER
United States Magistrate Judge

Jacqueline M. Carle, AUSA

Ramon Pagan, Esquire
Counsel for defendant